UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL RUBIO, et al., on behalf of themselves and all other similarly situated employees<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ABM SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | Case No.　5:13-cv-03514 EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 19, 2013, the court issued a Case Management Order which required, inter alia, that Plaintiffs file a Motion for Class Certification on or before October 24, 2014.  See Docket Item No. 20.  Plaintiffs did not file a Motion for Class Certification by the specified deadline.  In the absence of any other activity on the docket, it appears to the court that Plaintiffs may have abandoned this action.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiffs do not, by **November 7, 2014**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  October 29, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:13-cv-03514 EJD
ORDER TO SHOW CAUSE