

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 10/31/2014

Counsel appear on the following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RUBIO, ALEJANDRO ESPARZA and BELEN ALVAREZ, on behalf of themselves and all others similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>ABM SERVICES, INC.; ABM JANITORIAL SERVICES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV13-03514 (EJD)<br><br>ASSIGNED TO THE HON. EDWARD J. DAVILA<br><br>**STIPULATED DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>[FRCP 41(A)(ii)] |

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATED DISMISSAL
WITH PREJUDICE

CV13-03514(EJD)

1  CHARLES SWANSTON, Bar No. 181882
   FTIZPATRICK, SPINI & SWANSTON
2  555 South Main Street
   Salinas, CA 93901
3  Telephone:   831.755.1311
   Fax:         831.755.1319
4
   Attorneys for Plaintiffs
5  RAUL RUBIO, ALEJANDRO ESPARZA
   and BELEN ALVAREZ on behalf of themselves
6  and all other similarly situated employees

7  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
8  DOMINIC J. MESSIHA, Bar No. 204544
   dmessiha@littler.com
9  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
10 Los Angeles, CA  90067.3107
   Telephone:   310.553.0308
11 Fax No.:     310.553.5583

12 BENJAMIN A. EMMERT, Bar No. 212157
   bemmert@littler.com
13 LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
14 San Jose, CA  95113.2303
   Telephone:   408.998.4150
15 Fax No.:     408.288.5686

16 Attorneys for Defendants ABM SERVICES, INC.
   and ABM JANITORIAL SERVICES, INC.
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATED DISMISSAL
WITH PREJUDICE                          2.                          CV13-03514(EJD)

Plaintiffs Raul Rubio, Alejandro Esparza, and Belen Alvarez on the one hand and ABM Services, Inc. and ABM Janitorial Services, Inc. on the other hand, by and through their counsel of record, hereby file their Joint Stipulation of Dismissal pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure and state:

1. Plaintiffs Raul Rubio, Alejandro Esparza, and Belen Alvarez's individual claims against ABM Services, Inc. and ABM Janitorial Services, Inc. are dismissed with prejudice.

2. Plaintiffs Raul Rubio, Alejandro Esparza, and Belen Alvarez's putative class claims against ABM Services, Inc. and ABM Janitorial Services, Inc. are dismissed without prejudice.

3. Each party will bear its own costs, expenses and attorneys' fees.

4. The Clerk shall close this file.

Dated: Oct 24, 2014

_____
CHARLES SWANSTON
FTIZPATRICK, SPINI & SWANSTON
Attorneys for Plaintiffs
RAUL RUBIO, ALEJANDRO ESPARZA
and BELEN ALVAREZ on behalf of themselves
and all other similarly situated employees

Dated: 10/24/2014

_____
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendants ABM SERVICES, INC.
and ABM JANITORIAL SERVICES, INC.

Firmwide:127946183.1 052796.1141

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATED DISMISSAL
WITH PREJUDICE                3.                CV13-03514(EJD)